IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cr72 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN F. CRAWFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 26 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 26 from the record.

DATED this 29th day of September, 2005.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge